# SCHEDULE A

**SCHEDULE A**
**The Stein, L.P. Two-Year Transfers From the Debtor**

| DATE | AMOUNT |
|------|--------|
| 12/27/2007 | 40,000 |
| 4/4/2008 | 60,000 |
| 6/24/2008 | 60,000[1] |
| 7/28/2008 | 144,000 |
| 9/10/2008 | 99,000 |
| 10/28/2008 | 69,000 |
| 11/25/2008 | 64,000 |
| 2/5/2009 | 154,000 |
| 4/14/2009 | 159,000 |
| 4/15/2009 | 20,000 |
| 6/29/2009 | 114,000 |
| 8/17/2009 | 192,000 |
| | |
| **TOTAL** | **$1,175,000.00** |

[1] This amount does not appear as a deposit in Stein, L.P. checking account records, but does appear as a payment directly to Robert Stein, the General Partner, in the Debtors' records on June 24, 2008. The Stein, L.P. checking account records do reflect a deposit of $30,000 on June 25, 2008. Upon information and belief, Robert Stein deposited this $30,000 of the $60,000 paid to him directly, instead of to Stein, L.P., so that "profits" could be paid out to the pertinent limited partners in June 2008, and kept the remaining $30,000 for himself. For purposes of the Complaint, the $60,000 payment is treated as a payment to the Stein, L.P. The notations made by Robert Stein in check stub #1027 do not reflect the reality of this transaction, but rather show a deposit to the Stein, L.P of $60,000 and $30,000 "trans to personal acct" which, upon information and belief is meant to suggest that the Debtors' payment was properly received and that a transfer of $30,000 to Robert Stein was made. As shown herein, that is not what happened.

# SCHEDULE B

**SCHEDULE B**
**Stein, L.P. – October 2008 Capital Reduction**

| PERTINENT LIMITED PARTNER | DATE | AMOUNT |
|---|---|---|
| Gayle Brown | 10/28/2008 | 20,000 |
| Peter P. Carbone | 10/28/2008 | 100,000 |
| Robert Klein | 10/28/2008 | 50,000 |
| Jay Marmer | 10/28/2008 | 200,000 |
|  |  |  |
|  |  | TOTAL:  370,000.00 |

# SCHEDULE C

**SCHEDULE C**
**The Stein, L.P. Investments With, And Two-Year Transfers From, The Debtors**

| DATE | INVESTMENT | DISTRIBUTION | |
|---|---|---|---|
| 10/10/2007 | 100,000 | | |
| 12/27/2007 | | 40,000 | |
| 1/8/2008 | 100,000 | | |
| 4/4/2008 | | 60,000 | |
| 4/8/2008 | 300,000 | | |
| 6/17/2008 | 95,000 | | |
| 6/24/2008 | | 60,000[1] | |
| 7/16/2008 | 50,000 | | |
| 7/28/2008 | | 144,000 | |
| 9/10/2008 | | 99,000 | |
| 9/29/2009 | 75,000 | | |
| 10/2008 | -350,000[2] | | |
| 10/28/2008 | | 69,000 | |
| 11/20/2008 | 82,400 | | |
| 11/25/2008 | | 64,000 | |
| 2/5/2009 | 125,000 | | |
| 2/5/2009 | | 154,000 | |
| 4/14/2009 | | 159,000 | |
| 4/15/2009 | | 20,000 | |
| 6/29/2009 | | 114,000 | |
| 8/17/2009 | | 192,000 | |
| | | | |
| TOTAL | 577,400 | 1,175,000 | PROFIT: $597,600 |

[1] See Footnote 1 to Schedule A.
[2] The October 2008 Capital Reduction, as described in the Complaint, excluding the $20,000 invested by Gayle Brown for which she received no "profit" distribution and which was not, therefore, upon information and belief, ever part of any Stein, L.P. investment with the Debtor.  Brown had a balance for little more than a month at the Stein, L.P. before her capital balance was reduced to zero and her investment applied to an AUG II LLC deal.

# SCHEDULE D

**SCHEDULE D**
**Carl Bindman – Investments and Distributions – Stein, L.P.**

| Date | Investment | Distribution | |
|---|---|---|---|
| 10/2007 | 10,000 | | |
| 12/29/2007 | | 1,610 | |
| 4/4/2008 | | 1,910 | |
| 6/26/2008 | | 2,000 | |
| 9/10/2008 | | 2,000 | |
| 11/25/2008 | | 2,000 | |
| 2/5/2009 | | 2,000 | |
| 4/16/2009 | | 1,775 | |
| 6/29/2009 | | 2,000 | |
| 8/17/2009 | | 1,950 | |
| | | | |
| **TOTAL** | 10,000 | 17,245 | **PROFIT: 7,245** |

# SCHEDULE E

**SCHEDULE E**
**Gayle Brown – Investments and Distributions – Stein, L.P.**

| Date | Investment | Distribution | |
|---|---|---|---|
| 9/10/2008 | 20,000 | | |
| 10/28/2008 | -20,000[1] | | |
| **TOTAL** | 0 | 0 | **PROFIT: 0** |

---

[1] A part of the October 2008 Capital Reduction, as described in the Complaint.

# SCHEDULE F

**SCHEDULE F**
**Peter Carbone – Investments and Distributions – Stein, L.P.**

| Date | Investment | Distribution | |
|---|---|---|---|
| 4/2/2008 | 100,000 | | |
| 7/28/2008 | | 19,200 | |
| 10/28/2008 | -100,000[1] | | |
| 10/28/2008 | | 20,000 | |
| | | | |
| **TOTAL** | 0 | 39,200 | **PROFIT: 39,200** |

---

[1] A part of the October 2008 Capital Reduction, as described in the Complaint.

# SCHEDULE G

**SCHEDULE G**
**Barry Gorsun – Investments and Distributions – Stein, L.P.**

| Date | Investment | Distribution | |
|---|---|---|---|
| 1/3/2008 | 10,000 | | |
| 4/4/2008 | | 1,710 | |
| 6/26/2008 | | 2,000 | |
| 9/10/2008 | | 2,000 | |
| 11/25/2008 | | 2,000 | |
| 2/5/2009 | | 2,000 | |
| 4/16/2009 | | 1,775 | |
| 6/29/2009 | | 2,000 | |
| 8/17/2009 | | 1,950 | |
| | | | |
| **TOTAL** | 10,000 | 15,435 | **PROFIT: 5,435** |

# SCHEDULE H

**SCHEDULE H**
**Robert Klein – Investments and Distributions – Stein, L.P.**

| Date | Investment | Distribution | |
|---|---|---|---|
| 7/16/2008 | 50,000 | | |
| 10/28/2008 | -50,000[1] | | |
| 10/28/2008 | | 5,858 | |
| | | | |
| **TOTAL** | 0 | 5,858 | **PROFIT: 5,858** |

---

[1] A part of the October 2008 Capital Reduction, as described in the Complaint.

# SCHEDULE I

**SCHEDULE I**
**Jay Marmer – Investments and Distributions – Stein, L.P.[1]**

| Date | Investment | Distribution | |
|---|---|---|---|
| 4/3/2008 | 200,000 | | |
| 7/28/2008 | | 38,400 | |
| 10/28/2008 | -200,000[2] | | |
| 10/28/2008 | | 19,200 | |
| | | | |
| | | | |
| | | | |
| **TOTAL** | 0 | 57,600 | **PROFIT: 57,600** |

---

[1] Jay Marmer, through the Financial Security Services Defined Benefit Plan for the benefit of Jay Marmer, also deposited $120,000 in the Stein, L.P. in or about October 2008. That amount, however, has been omitted herein because upon its deposit, it was contemporaneously sent via two Stein, L.P. checks to the trust account of Attorney Carl Santangelo in connection with AUG LLC deals. It was not, therefore, upon information and belief, ever a part of any investments made by the Stein, L.P. in the Goldberg Scheme.
[2] A part of the October 2008 Capital Reduction, as described in the Complaint.

# SCHEDULE J

**SCHEDULE J**
**Gary Slayton – Investments and Distributions – Stein, L.P.**

| Date | Investment | Distribution | |
|---|---|---|---|
| 10/2007 | 15,000 | | |
| 12/29/2007 | | 2,610 | |
| 12/29/2007 | 5,000 | | |
| 4/4/2008 | | 3,910 | |
| 6/1/2008 | 10,000 | | |
| 7/4/2008 | | 4,000 | |
| 9/10/2008 | | 6,000 | |
| 11/19/2008 | 10,000 | | |
| 11/25/2008 | | 10,000 | |
| 12/11/2008 | 10,000 | | |
| 2/5/2009 | | 14,000 | |
| 2/5/2009 | 5,000 | | |
| 4/16/2009 | | 14,775 | |
| 6/29/2009 | | 5,667 | |
| 8/17/2009 | | 23,616 | |
| | | | |
| **TOTAL** | 55,000 | 84,578 | **PROFIT: 29,578** |

# SCHEDULE K

**SCHEDULE K**
**Lewis Slayton – Investments and Distributions – Stein, L.P.**

| Date | Investment | Distribution | |
|---|---|---|---|
| 10/2008 | 35,000 | | |
| 12/29/2007 | | 6,610 | |
| 1/3/2008 | 10,000 | | |
| 4/4/2008 | | 8,910 | |
| 6/1/2008 | 25,000 | | |
| 6/25/2008 | | 9,000 | |
| 9/10/2008 | | 14,000 | |
| 9/10/2008 | 25,000 | | |
| 11/19/2008 | 20,000 | | |
| 11/25/2008 | | 19,000 | |
| 12/11/2008 | 15,000 | | |
| 2/5/2009 | | 26,000 | |
| 4/16/2009 | | 25,775 | |
| 6/29/2009 | | 31,666 | |
| 8/17/2009 | | 31,616 | |
| | | | |
| **TOTAL** | 130,000 | 172,577 | **PROFIT: 42,577** |

# SCHEDULE L

**SCHEDULE L**
**Paul Slayton and Paul Slayton Trust Agreement Dated February 19, 2002, Elaine Stein, Trustee, –**
**Investments and Distributions – Stein, L.P.**

| Date | Investment | Distribution | |
|---|---|---|---|
| 10/2007 | 15,000 | | |
| 12/29/2007 | | 2,610 | |
| 12/29/2007 | 10,000 | | |
| 4/4/2008 | | 4,910 | |
| 6/26/2008 | | 5,000 | |
| 9/10/2008 | | 5,000 | |
| 11/19/2008 | 10,000 | | |
| 11/25/2008 | | 5,000 | |
| 2/5/2009 | | 7,000 | |
| 2/5/2009 | 50,000 | | |
| 4/16/2009 | | 16,775 | |
| | | | |
| **TOTAL** | 85,000[1] | 46,295 | PROFIT: -38,705 |

---

[1] In May 2009, Elaine Stein, as Successor Trustee to the Paul Slayton Trust Agreement Dated February 19, 2002, attempted to effect a reallocation of the $85,000 of capital contributed by her late father, Paul Slayton, who passed in April 2009, as a Stein, L.P. limited partner. Giving effect to that reallocation here would have the inequitable result of allowing the trust beneficiaries, Elaine Stein, Gary Slayton and Lewis Slayton, to inherit (at no cost) another's losses to be used as a potential offset against their "own profits" as Stein, L.P. limited partners. For purposes of a determination of the profit or loss of the Paul Slayton Trust, without prejudice to any of the claims set forth in this Complaint, the total of Paul Slayton's investments was subtracted from the total amount of distributions made by Stein, L.P. to Paul Slayton.

# SCHEDULE M

**SCHEDULE M**
**Elaine Stein 1992 Revocable Trust – Investments and Distributions – Stein, L.P.**

| Date | Investment | Distribution | |
|---|---|---|---|
| 6/29/2009 | | 5,667 | |
| 8/17/2009 | | 5,668 | |
| | | | |
| **TOTAL** | 0 | 11,335 | **PROFIT: 11,335** |

# SCHEDULE N

**SCHEDULE N**
**Jeffrey Stein – Investments and Distributions – Stein, L.P.**

| Date | Investment | Distribution | |
|---|---|---|---|
| 10/2007 | 10,000 | | |
| 12/29/2007 | | 1,610 | |
| 4/4/2008 | | 3,910 | |
| 6/13/2008 | 50,000 | | |
| 6/25/2008 | | 4,000 | |
| 9/10/2008 | | 14,000 | |
| 9/10/2008 | 30,000 | | |
| 11/19/2008 | 30,400 | | |
| 11/25/2008 | | 9,600 | |
| 2/5/2009 | | 28,000 | |
| 2/5/2009 | 10,000 | | |
| 4/16/2009 | | 29,775 | |
| 6/29/2009 | | 5,000 | |
| 8/17/2009 | | 34,950 | |
| | | | |
| **TOTAL** | 130,400 | 130,845 | **PROFIT:  445** |

# SCHEDULE O

**SCHEDULE O**
**Michael Stein – Investments and Distributions – Stein, L.P.**

| Date | Investment | Distribution | |
|---|---|---|---|
| 10/2007 | 10,000 | | |
| 12/29/2007 | | 1,610 | |
| 4/4/2008 | | 3,910 | |
| 6/1/2008 | 10,000 | | |
| 6/25/2008 | | 4,000 | |
| 9/10/2008 | | 6,000 | |
| 11/19/2008 | 12,000 | | |
| 11/25/2008 | | 6,000 | |
| 2/5/2009 | | 10,000 | |
| 2/5/2009 | 10,000 | | |
| 4/16/2009 | | 11,775 | |
| 6/29/2009 | | 12,000 | |
| 8/17/2009 | | 11,950 | |
| | | | |
| **TOTAL** | 42,000 | 67,245 | **PROFIT: 25,245** |

# SCHEDULE P

**SCHEDULE P**
**Robert Stein – Investments and Distributions – Stein, L.P.**[1]

| Date | Investment | Distribution | |
|---|---|---|---|
| 1/3/2008 | 65,000 | | |
| 1/9/2008 | | 21,000 | |
| 4/7/2008 | | 30,000 | |
| 6/25/2008 | | 30,000[2] | |
| 7/29/2008 | | 30,000 | |
| 8/19/2008 | | 56,000 | |
| 9/10/2008 | | 50,000 | |
| 10/28/2008 | | 23,800 | |
| 11/25/2008 | | 10,400 | |
| 12/22/2008 | | 15,000 | |
| 2/5/2009 | | 65,000 | |
| 2/5/2009 | 50,000 | | |
| 4/16/2009 | | 1,500 | |
| 4/16/2009 | | 75,000 | |
| 6/29/2009 | | 50,000 | |
| 8/17/2009 | | 80,000 | |
| | | | |
| **TOTAL** | 115,000 | 537,700 | **PROFIT: 422,700** |

[1] An October 28, 2008 deposit of $250,000 into the Stein, L.P. by Robert Stein was omitted as a capital contribution because, upon information and belief, that money: (i) was never meant to, and did not, increase Robert Stein's interest in the Stein, L.P.; (ii) was never part of the Stein, L.P.'s investment with the Debtor; (iii) did not belong to Robert Stein; and (iv) remained in the Stein, L.P. checking account for no more than a couple of days.   The $250,000 deposit mentioned above was withdrawn contemporaneously as part of a Stein, L.P. $310,000 check made out to the escrow account of Attorney Carl Santangelo.  The notation in the Stein, L.P. checkbook indicates that $250,000 of the $310,000 was for Stuart Cohen, an investor in the AUG LLCs deals, and $60,000 was for Jay Marmer, who, that same October 28, 2008, had deposited $60,000 with the Stein, L.P. through the Financial Security Services Defined Benefit Plan for the Benefit of Jay Marmer .  Accordingly, the $250,000 deposit by Robert Stein was not a capital contribution to the Stein, L.P.
[2] See Footnote 1 to Schedule A.

# SCHEDULE Q

**SCHEDULE Q**
**The Stein Two-Year Transfers**

| DATE | AMOUNT |
|------|--------|
| 1/28/2008 | 12,000 |
| 4/24/2008 | 21,000 |
| 7/31/2008 | 21,000 |
| 10/27/2008 | 117,000 |
| 11/25/2008 | 50,000 |
| 3/25/2009 | 213.05 |
| 8/24/2009 | 100,000 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | **321,213.05** |
| | |

# SCHEDULE R

**SCHEDULE R**
**The Stein Four-Year Transfers**

| DATE | AMOUNT |
|---|---:|
| 1/22/2007 | 3,000 |
| 4/18/2007 | 7,200 |
| 7/25/2007 | 12,000 |
| 10/25/2007 | 20,000 |
| 10/25/2007 | 12,000 |
| 1/28/2008 | 12,000 |
| 4/24/2008 | 21,000 |
| 7/31/2008 | 21,000 |
| 10/27/2008 | 117,000 |
| 11/25/2008 | 50,000 |
| 3/25/2009 | 213.05 |
| 8/24/2009 | 100,000 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | **375,413.05** |
| | |

# SCHEDULE S

**SCHEDULE S**
**The Michael Stein Two-Year Transfers**

| DATE | AMOUNT |
|------|-------:|
| 2/1/2008 | 3,000 |
| 4/28/2008 | 3,000 |
| 8/8/2008 | 9,000 |
| 11/12/2008 | 9,000 |
| | |
| | |
| TOTAL | 24,000 |
| | |

# SCHEDULE T

**SCHEDULE T**
**The Michael Stein Four-Year Transfers**

| DATE | AMOUNT |
|------|--------|
| 4/18/2007 | 1,800 |
| 7/25/2007 | 3,000 |
| 10/25/2007 | 3,000 |
| 2/1/2008 | 3,000 |
| 4/28/2008 | 3,000 |
| 8/8/2008 | 9,000 |
| 11/12/2008 | 9,000 |
| | |
| | |
| TOTAL | 31,800 |
| | |

# SCHEDULE U

**SCHEDULE U**
**The Jeffrey Stein Two-Year Transfers**

| DATE | AMOUNT |
|------|--------|
| 8/7/2008 | 26,400 |
| 11/18/2008 | 14,400 |
| 2/1/2008 | 2,400 |
| | |
| | |
| | |
| **TOTAL** | **43,200** |
| | |

# SCHEDULE V

**SCHEDULE V**
**The Barry Gorsun Two-Year Transfers**

| DATE | AMOUNT |
|------|--------|
| 9/2/2008 | 12,000 |
| 11/14/2008 | 256,000 |
|  |  |
|  |  |
| **TOTAL** | **268,000** |
|  |  |

# SCHEDULE W

**SCHEDULE W**
**The Gary Slayton Two-Year Transfers**

| DATE | AMOUNT |
|------|-------:|
| 2/1/2008 | 3,000 |
| 4/28/2008 | 4,800 |
| 8/14/2008 | 4,800 |
| 11/18/2008 | 6,000 |
|  |  |
| TOTAL | 18,600 |
|  |  |

# SCHEDULE X

**SCHEDULE X**
**The Gary Slayton Four-Year Transfers**

| DATE | AMOUNT |
|------|-------:|
| 4/18/2007 | 1,800 |
| 7/25/2007 | 3,000 |
| 10/25/2007 | 3,000 |
| 2/1/2008 | 3,000 |
| 4/28/2008 | 4,800 |
| 8/14/2008 | 4,800 |
| 11/18/2008 | 6,000 |
| | |
| **TOTAL** | **26,400** |
| | |

# SCHEDULE Y

**SCHEDULE Y**
**The Lewis Slayton Two-Year Transfers**

| DATE | AMOUNT |
|------|--------|
| 2/1/2008 | 3,600 |
| 4/24/2008 | 4,800 |
| 8/6/2008 | 12,000 |
| 11/10/2008 | 14,400 |
| | |
| TOTAL | 34,800 |
| | |

# SCHEDULE Z

**SCHEDULE Z**
**The Lewis Slayton Four-Year Transfers**

| DATE | AMOUNT |
|------|--------|
| 4/18/2007 | 1,800 |
| 7/25/2007 | 3,600 |
| 10/25/2007 | 3,600 |
| 2/1/2008 | 3,600 |
| 4/24/2008 | 4,800 |
| 8/6/2008 | 12,000 |
| 11/10/2008 | 14,400 |
| | |
| **TOTAL** | **43,800** |
| | |